# UNITED STATES DISTRICT COURT
for the
District of Maryland

✓ FILED  ___ ENTERED
___ LOGGED  ___ RECEIVED

10:47 am, Dec 22 2021
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  1:21-mj-3580 TMD |
| Jaleel Phillips | ) |
| | ) |
| | ) |
| | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 2020__ in the county of __Prince George's__ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1343 | Wire Fraud |

This criminal complaint is based on these facts:
See affidavit.

☑ Continued on the attached sheet.

*Jenchira Vogel*
_____
Complainant's signature

Jenchira Vogel, Special Agent
_____
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 12/22/2021

_____
Judge's signature

City and state: Baltimore, Maryland      Hon. Thomas M. DiGirolamo, U.S Magistrate Judge
_____
Printed name and title