# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

10:48 am, Dec 22 2021
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

| | |
|---|---|
| United States of America<br>v.<br>Jerry Phillips<br><br>*Defendant(s)* | Case No. 1:21-mj-3581 TMD |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 17, 2020__ in the county of __Prince George's__ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sections 1343, 1028A | Wire Fraud and Aggravated Identity Theft |

This criminal complaint is based on these facts:
See affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jenchira Vogel, Special Agent
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 12/22/2021

_____
*Judge's signature*

City and state: Baltimore, Maryland    Hon. Thomas M. DiGirolamo, U.S Magistrate Judge
*Printed name and title*